UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
*ELECTRONICALLY FILED*

| | |
|---|---|
| RICKY BROWN ) | Civil Action No.   5:22-cv-26-TBR |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | |
| ) | |
| TOYODA GOSEI NORTH AMERICA ) | |
| CORPORATION ) | |
| ) | |
| DEFENDANT ) | |

**NOTICE OF REMOVAL**

*****

  This is Toyoda Gosei North America Corporation's Notice of Removal of the above-captioned case to the United States District Court for the Western District of Kentucky at Paducah. Pursuant to 28 U.S.C. § 1446, Toyoda Gosei North America Corporation states as follows.

  1. On or about January 18, 2022, the plaintiff, Ricky Brown, filed a civil action against Toyoda Gosei North America Corporation in the Christian Circuit Court, Division 1, designated therein as Civil Action No. 22-CI-00031.

  2. Ricky Brown's action is a personal-injury action against Toyoda Gosei North America Corporation. Mr. Brown alleges that he fell and was injured on Toyoda Gosei North America Corporation's premises because of a dangerous condition

on the premises.[1] A copy of Brown's complaint is attached as Exhibit 1. Also attached, as Exhibit 2, is a copy of Toyoda Gosei North America Corporation's answer to Brown's complaint. Finally, attached as Exhibit 3 is the CourtNet docket report relating to Brown's civil action in the Christian Circuit Court.

3. According to Mr. Brown's complaint, he is now, and was at the commencement of this action, a resident and citizen of Tennessee.

4. Defendant Toyoda Gosei North America Corporation is now, and was at the commencement of this action, a corporation incorporated and existing under the laws of Michigan. Defendant Toyoda Gosei North America Corporation now has, and did have at the commencement of this action, its principal place of business in Michigan.

5. For purposes of 28 U.S.C. § 1332, Ricky Brown is now, and was at the commencement of this action, a Tennessee citizen. For purposes of 28 U.S.C. § 1332, Toyoda Gosei North America Corporation is now, and was at the commencement of this action, a Michigan citizen. Thus, there is complete diversity of citizenship herein.

6. Based on information provided to the undersigned by Ricky Brown's counsel of record, Mr. Brown's alleged fall has allegedly caused him to incur (1) medical expenses of approximately $29,000 to date, (2) total wage loss for approximately one year

---

[1] TG Automotive Sealing Kentucky, LLC owns the premises on which plaintiff Brown alleges he fell. Mr. Brown incorrectly named Toyoda Gosei North America Corporation as the premises' owner and as his defendant. TG Automotive Sealing Kentucky, LLC will voluntarily substitute as Brown's defendant or be added as a defendant once this case has been removed. The substitution or addition will not affect the Court's diversity jurisdiction because Toyoda Gosei North America Corporation is TG Automotive Sealing Kentucky, LLC's sole member. As this is the case, for diversity purposes, TG Automotive Sealing Kentucky, LLC's citizenship is determined by Toyoda Gosei North American Corporation's citizenship. In short, like Toyoda Gosei North American Corporation, TG Automotive Sealing Kentucky, LLC is a citizen of Michigan for diversity purposes.

to date, (3) pain and suffering for approximately one year to date, (4) bodily injuries that will require him to undergo a lumbar laminectomy, and (5) bodily injuries that will cause him future pain and suffering. Based on this information, as well as Mr. Brown's complaint allegations, the amount in controversy in this case exceeds $75,000 exclusive of interest and costs.

7. As the parties here are completely diverse and the amount in controversy here exceeds $75,000 exclusive of interest and costs, this action is one over which the district courts of the United States have original jurisdiction pursuant to 28 U.S.C. § 1332. This action is removable to this Court pursuant to 28 U.S.C. § 1441. This district and division embrace the place where the action has been pending.

8. Under 28 U.S.C. § 1391(a), this Court is a proper venue for this action because it is a civil action in which jurisdiction is based on diversity of citizenship and the alleged accident herein occurred in Christian County, which is in the Western District of Kentucky as well as the Court's Paducah Division.

9. Toyoda Gosei North America Corporation received the summons and Brown's complaint (through CT Corporation System) on January 25, 2022. Thus, Toyoda Gosei North America Corporation filed this Notice of Removal within 30 days of its receipt of Brown's complaint, which makes the notice timely.

10. Toyoda Gosei North America Corporation will promptly give written notice of the filing of this Notice of Removal to counsel for Ricky Brown and will promptly file a copy of this Notice of Removal with the Clerk of the Christian Circuit Court.

11. This Notice of Removal is signed by counsel for Toyoda Gosei North America Corporation pursuant to FRCP 11.

        BOEHL STOPHER & GRAVES, LLP

        /s/ Robert E. Stopher
        Robert E. Stopher
        Robert D. Bobrow
        400 West Market Street, Suite 2300
        Louisville, KY 40202
        Phone: (502) 589-5980
        Fax: (502) 561-9400
        COUNSEL FOR DEFENDANT, TOYODA GOSEI NORTH AMERICA CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2022 I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send an electronic copy to the following:

    Lauren Marley
    MORGAN & MORGAN
    360 E. 8th Avenue, Suite 411
    Bowling Green, KY 42101

        /s/ Robert E. Stopher
        Robert E. Stopher
        Robert D. Bobrow
        BOEHL STOPHER & GRAVES, LLP
        400 West Market Street, Suite 2300
        Louisville, KY 40202
        Phone: (502) 589-5980
        Fax: (502) 561-9400
        E-mail: rstopher@bsg-law.com