COMMONWEALTH OF KENTUCKY
CHRISTIAN CIRCUIT COURT
CIVIL ACTION NO: _____

*FILED ELECTRONICALLY*

RICKY BROWN  PLAINTIFF

v.

TOYODA GOSEI NORTH  DEFENDANT
AMERICA CORPORATION

    Serve: CT Corporation System
          306 West Main Street, Suite 512
          Frankfort, KY 40601

## COMPLAINT

Comes now the Plaintiff, Ricky Brown, by and through the undersigned counsel, and for his Complaint against the Defendant, Toyoda Gosei North America Corporation, states as follows:

### PARTIES

1. At all times pertinent hereto, the Plaintiff, Ricky Brown, was a citizen and resident of Grundy County, Tennessee residing at 247 Parmley Hollow Road, Tracy City, TN 37387.

2. At all times material hereto, the Defendant, Toyoda Gosei North America Corporation, was a Foreign Corporation licensed to do business within the Commonwealth of Kentucky, with its principal office located at 1400 Stephenson Hwy, Troy, MI 48083, and its Agent for Service of Process being CT Corporation System, 306 West Main Street, Suite 512, Frankfort, KY 40601.

3. At all times relevant hereto, the Defendant owned, controlled, operated, and/or supervised the factory/property located at 501 Frank Yost Lane, Hopkinsville, KY 42240 (hereinafter "premises").

1

**EXHIBIT 1**



## JURISDICTION AND VENUE

4. The circumstances giving rise to this Complaint took place in Christian County, Kentucky.

5. The amount of damages sustained by the Plaintiff is in excess of the minimum jurisdictional limits of the Christian County Circuit Court.

6. Christian County Circuit Court has jurisdiction over this matter and venue is appropriate in this County.

## GENERAL ALLEGATIONS

7. At all times relevant hereto, the Defendant, by and through their agents, ostensible agents, servants, employees, and/or other representatives, had a duty to maintain and keep said premises safe for the use of its patrons.

8. On or about February 12, 2021, as a direct and proximate result of the negligent acts and/or omissions of the Defendant, whether by and through their respective agents, ostensible agents, servants, employees, and/or other representatives, the Plaintiff, a business invitee, while exercising due care for his own safety, was injured by a dangerous condition created and/or not properly maintained by the Defendant, while lawfully and properly on the Defendant's premises. Specifically, the Plaintiff slipped and fell due to ice.

9. At said time and place, the Defendant owed the Plaintiff, as a business invitee upon said premises, a duty to exercise reasonable care for his safety.

10. The Defendant and its agents, ostensible agents, servants, employees, and/or other representatives breached their duty of care to the Plaintiff.

2

**EXHIBIT 1**

11. As a direct and proximate result of the negligence and carelessness of the Defendant, as heretofore alleged, the Plaintiff was caused to sustain personal injuries of a permanent nature to her person. The injuries sustained by the Plaintiff resulted in the following damages:

   a. mental and physical pain and suffering both of a temporary and permanent nature all to his damage in a sum to be determined by a jury sitting in the trial of this matter;

   b. the power and ability to labor and earn has been temporarily and permanently impaired all to his damage in a sum to be determined by a jury sitting in the trial of this matter;

   c. the expenditure of sums of money for hospital, medical and other rehabilitation expenses, and will be caused to expend such sums of money in the future in an amount to be determined by a jury sitting in the trial of this matter;

   d. loss of his ability to lead and enjoy a normal life, all to his damage, in a sum to be determined by a jury sitting in the trial of this matter; and,

   e. lost wages in addition to the above-mentioned loss of wage-earning capacity, all of which are either permanent or continuing in nature and the Plaintiff will sustain said losses in the future.

**WHEREFORE**, the Plaintiff, Ricky Brown, demands judgment against the Defendant, Toyoda Gosei North America Corporation, as follows:

   A. A trial by jury on all issues of fact herein;

   B. Compensatory damages against the Defendants in a fair and reasonable amount to be determined by a jury sitting at the trial of this matter, but in an amount sufficient to confer jurisdiction on this Court;

3

**EXHIBIT 1**

C. For prejudgment interest from the date of the Plaintiff's injuries until such time the judgment is paid;

D. For the Plaintiff's costs herein expended; and,

E. For any and all other relief to which the Plaintiff is entitled.

### CERTIFICATION

This is to certify that pursuant to KRS 411.188(2), the undersigned attorneys have notified by certified mail all of those parties believed to possibly hold subrogation rights to any award received by the Plaintiff as a result of this action and that the failure to assert subrogation rights by intervention, pursuant to Kentucky Civil Rule 24, or otherwise will result in a loss of those rights with respect to any final award received by the Plaintiff as a result of this action.

The party notified is as follows: Gallagher Basset, P.O. Box 2934, Clinton, IA, 52733 and United Healthcare, 11000 Optum Circle, Route M102-0300, Eden Prairie, MN 55344.

**RESPECTFULLY** submitted this 18th day of January, 2022.

/s/ Lauren Marley
LAUREN MARLEY
Morgan & Morgan
360 E. 8th Avenue, Suite 411
Bowling Green, KY 42101
Telephone: (270) 495-6798
Facsimile: (270) 495-6839
lmarley@forthepeople.com
COUNSEL FOR PLAINTIFF

4

**EXHIBIT 1**