UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:22-CV-00026-GNS-LLK

RICKY BROWN                                                        PLAINTIFF

v.

TG AUTOMOTIVE SEALING KENTUCKY, LLC                DEFENDANT

## JUDGMENT

This matter came before the Court for trial on August 6, 2024, with United States Chief District Judge Greg N. Stivers presiding.  The Plaintiff was present and represented by Lauren E. Marley, Preston Cahill and John L. Smith in these proceedings.  The Defendant was represented by Michael S. Jackson.  The Official Court Reporter was Terri Horton.

On August 9, 2024, the jury reported it had reached a unanimous verdict.  The jury was not polled.  It was ordered that the verdict be filed and docketed.

Consistent with the above,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of Plaintiff Ricky Brown against Defendant TG Automotive Sealing Kentucky, LLC.  Per the agreement reached between the Plaintiff and Intervening Plaintiff, Defendant shall satisfy the jury verdict in this matter by making the following payments:

- $28,109.80 payable to the Intervening Plaintiff, Gallagher Bassett Services, Inc.; and

- $91,599.23 payable to the Plaintiff, Ricky Brown and his attorneys Morgan & Morgan.

Costs are taxed against the Defendant, for which execution may issue.

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's active docket.  Pursuant to Fed. R. Civ. P. 54(d)(2)(B), Plaintiff

shall file a motion for attorneys' fees within 14 days of the entry of this judgment.  This is a final and appealable judgment, and there is no just cause for delay.

Greg N. Stivers, Chief Judge

United States District Court

August 28, 2024

cc:      counsel of record